# Court of Appeals
# of the State of Georgia

ATLANTA, April 17, 2024

*The Court of Appeals hereby passes the following order:*

## A24A1297. MARYANN J. JOHNSON v. DESMOND D. JOHNSON.

Maryanne J. Johnson filed this direct appeal from the trial court's order amending its final judgment and decree of divorce to correct a scrivener's error. However, appeals from "judgments or orders in divorce, alimony, and other domestic relations cases" must be made by application for discretionary appeal. OCGA § 5-6-35 (a) (2). And "[c]ompliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Johnson's failure to follow the discretionary appeal procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.[1]



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 04/17/2024

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen

, *Clerk.*

---

[1] Johnson previously filed a direct appeal from the trial court's original divorce judgment. We dismissed that appeal for the same reason that we dismiss this one. See Case No. A24A0848 (Jan. 24, 2024).